**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WAYNE DECKER,**

                **Plaintiff,**

-vs-                                              **Case No. 6:08-cv-1460-Orl-22GJK**

**MERCEDES HOMES, INC.,**
                **Defendant.**

## ORDER

This cause is before the Court on the Motion for Approval of Settlement and Motion to Dismiss Case With Prejudice (Doc. No. 15) filed on December 11, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 14, 2009 (Doc. No. 20) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Approval of Settlement and Motion to Dismiss Case With Prejudice (Doc. No. 15) are GRANTED. The Court finds the settlement is fair and reasonable and accordingly APPROVES the settlement.

3. This case is hereby DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 30, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge